AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>AUBREY SUZUKI<br><br>*Defendant(s)* | Case No. 4:21-mj-1014-JMV |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2020 - July 2021__ in the county of __DESOTO__ in the __NORTHERN__ District of __MISSISSIPPI__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 115 | Threatening to kill federal law enforcement officers |
| 18 U.S.C. 875(c) | Transmitting threatening communications in interstate commerce |
| 18 U.S.C. 1001(a)(3) | Making a materially false statement to a federal agency |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Blount, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence by phone

Date: 7-16-21 3:00 pm

_____
*Judge's signature*

City and state: Greenville, MS

United States Magistrate Judge Jane M. Virden
*Printed name and title*