IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Daniel Blount, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint as to Aubrey S. SUZUKI.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request and execute arrest warrants and search warrants under the authority of the United States. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), presently assigned to the FBI Jackson Field Office. I have been so employed for approximately eighteen years. As a Special Agent, I have the responsibility of working terrorism matters, including domestic terrorism, to include Title 18, United States Code, Section 115 (threatening to injure or kill Federal law enforcement officers) and Section 875(c) (threatening communications in interstate commerce) as well as other federal offenses such as Title 18, United States Code Section 1001 (false statement to federal agency).

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the Federal Bureau of Investigation and other law enforcement; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or

others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part, unless otherwise indicated. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in reaching my conclusion that the requested complaint should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Aubrey S. SUZUKI has committed federal offenses, specifically threatening to injure or kill a Federal law enforcement officer (18 U.S.C. § 115); transmitting threatening communications in interstate commerce (18 U.S.C. § 875(c)); and making a materially false statement to a federal agency (18 U.S.C. § 1001) ("TARGET OFFENSES").

## FACTS AND CIRCUMSTANCES

5. The Federal Bureau of Investigation (FBI) uses various methods to investigate domestic terrorism activity in the United States. An Online Covert Employee ("OCE") is an employee of the FBI impersonating a racially motivated violent extremist. An OCE will personally participate in online communications with suspected racially motivated violent extremists. In addition to an OCE, the FBI also utilizes confidential human sources ("CHS") who are individuals cooperating with the FBI and personally participating in online messaging activities with racially motivated violent extremists. In the messages described below, either an OCE or CHS, or both, actually viewed the messages and saved screenshots when possible of the pertinent messages referenced in this affidavit.

2

6. Based on my training and experience, I know that Atomwaffen Division (AWD) is a white supremacist organization seeking to promote a white supremacist extremist ideology through force and/or violence in violation of federal law. Members of AWD have actively attempted to further their political and social goals to prepare for a perceived eventual race war, wholly, or in part through activities utilizing the use of force or violence as well as the procurement of weapons and organized training in weapons and tactics. Around March 2020, AWD members were working to establish a new group called National Socialist Order (NSO).

7. "Wire" is an encrypted messaging platform headquartered outside the United States that allows users to exchange messages over the internet from anywhere with internet access. Messages sent and received through the Wire platform travel in interstate commerce.

8. Wire describes itself as "Secured with end-to-end encryption. Protected by European privacy laws." (www.wire.com/en/security, September 28, 2020). Wire has previously taken months to provide information to the FBI and refused to abide by non-disclosure orders issued by American Courts. For these reasons, the FBI has not attempted to serve legal process on Wire in the present case.

9. In July 2020, an individual using the online handle "ArchRain" was listed as a charter member of NSO on a teleconference call with NSO members.

10. In August 2020, ArchRain participated in the new NSO online group chat on Wire with multiple FBI racially motivated violent extremist predicated subjects, including Brennan Jacob Walters, Job Robert Olsen, and Ryan Hatfield. Walters is in contact with known AWD individuals. Olsen is a member of AWD, and wanted to create a new racially motivated violent extremist group known as NSO. NSO is modeled after AWD. Hatfield is in frequent contact with the leader of AWD.

3

11. ArchRain made numerous posts referencing nazi and white supremacist ideology, including but not limited to the following:




 

12. Based on my training and experience, I know that the book entitled "Siege" by James Mason advocates murder and anarchy to destabilize the American government and promote white supremacist ideology. James Mason is a well-known neo-nazi in the United States.

13. In August 2020, ArchRain stated that he planned to obtain an assault rifle:

5



14. Based on my training and experience, I know that "AK" refers to an AK-47 style assault rifle and "AK mags" refers to ammunition magazines for an AK-47 style rifle.

6

15. In August 2020, ArchRain posted the following message:



16. Based on my training and experience, I know that the term "at least 5 mags mollyed to your vest" refers to strapping assault rifle ammunition magazines to a bullet proof vest.

17. In August 2020, ArchRain stated he had sent $30.00 USD to Cameron Shea, an FBI subject arrested in February 2020 for Conspiracy to Mail Threatening Communications and Commit Cyberstalking. Shea was a member of AWD. FBI Seattle and FBI Tampa requested information from Bureau of Prisons for monetary transactions for Shea in the amount of $30.00. BOP provided records with the name "AUBREY SUZUKI", address 1151 Highway 51 N Lot 300, Nesbit, MS 38651, and telephone number 901-431-7182 of the recipient sent on August 1, 2020.

7

18. In addition to describing his $30.00 payment to Shea, ArchRain posted a photo of his receipt from BOP:



19. ArchRain also stated that he possessed a Mossberg shotgun:





20. In late August 2020, ArchRain discussed driving a truck full of explosives to the FBI headquarters in the following post:



21. Based on my training and experience, I know that "The Turner Diaries" is a 1978 novel depicting a violent revolution in the United States which leads to the overthrow of the Federal Government. Specifically, "The Turner Diaries" includes a section describing an attack on the headquarters of the FBI. The term "Turner Diaries" is often used by anti-government extremists in the United States.

22. ArchRain used slurs in stating he wanted to murder African Americans, Spanish Speaking Americans, and Homosexual individuals, while also "blowing up the system":

11



Spießruten

**Arthur Rienzi**

So what's your point there swiss, that we can do revolutionary shit while also being normal people?

**swissdiscipline**

@TvonD I'm saying that he was doing all this and day to day conditions weren't bad, quite good for him at least. I'm saying that we can make revolution without waiting for a mythological hellscape to be at our doorstep.

**ArchRain**

Honestly I don't want to be a normal person. I want to breathe revolution. I want to be in the middle of the boondocks with my mates killing niggers spics faggots and blowing up the system

23. In another post, ArchRain made other comments related to violence, nazi and white supremacist ideology, bullet proof ballistic vests, and various types of weapons.

24. On November 29, 2020, ArchRain, posted a recipe for thermite, a material commonly used in explosives, and mentioned an IED manual. IED refers to Improvised Explosive Device.

25. On December 3, 2020, ArchRain, participated in a group chat about organizing some type of rally on April 20 and stated "…let me get armed up and count me in."

26. On December 21, 2020, ArchRain, stated the following in an online forum: "I think IEDs will be the most practical method of terror to start out with. Worked very well for al-Qaeda. Target majority nigger or jewish buildings, synagogues, federal establishments, etc."

27. On January 5, 2021, ArchRain, again discussed obtaining firearms.

28. On January 11, 2021, SUZUKI was kicked out of NSO by the other members of the group.

29. Based on my training and experience, I submit there is probable cause to believe that the user of the screenname ArchRain has threatened to injure or kill federal law enforcement officers in violation of Title 18, United States Code, Section 115, and transmitted threatening communications in interstate commerce in violation of Title 18, United States Code, Section 875(c).

## IDENTIFICATION OF "ARCHRAIN" AS AUBREY SUZUKI

30. On September 2, 2020, the FBI served a Grand Jury subpoena to AT&T wireless for subscriber information related to number 901-431-7182, the cell phone number connected to the $30 donation to Cameron Shea. AT&T Wireless responded to the subpoena and identified Aubrey SUZUKI as the user of 901-431-7182 with address 1151 Highway 51 N, Nesbit, MS 38651.

31. In various online chats, ArchRain described himself as a 19 y/o resident of North Mississippi. ArchRain also described himself as a large person who preferred full size weapons.

32. The FBI identified Aubrey SUZUKI's Mississippi driver's license information describing him as a 6'2" male weighing 262 lbs residing at 1151 Highway 51 N, Nesbit, Mississippi.

33. In early September 2020, the FBI began regular physical surveillance on 1151 Highway 51 N, Nesbit, Mississippi and installed two pole cams in and around the address 1151 Highway 51 N, Nesbit, Mississippi.

34. On September 30, 2020, United States Magistrate Judge Roy Percy signed a Ping Warrant authorizing the FBI to track the cell phone 901-431-7182 for thirty (30) days, followed by three extensions of time.

35. After activating the Ping Warrant and in combination with physical surveillance, the FBI has confirmed that Aubrey SUZUKI is using 901-431-7182 and that he resides at 1151 Highway 51 N, Nesbit, Mississippi.

36. In mid-October, SUZUKI attempted to join the United States Navy and was temporarily denied for being overweight. SUZUKI has indicated a desire to join the military in order to have a member of the NSO in active duty.

37. Finally, agents with the FBI confirmed that SUZUKI is the user of the handle ArchRain. Following the November Presidential election, an FBI CHS, who had participated in the online chats, contacted SUZUKI as the user of the handle ArchRain using cell number 901-431-7182 and SUZUKI met the FBI CHS in Memphis, Tennessee.

## FALSE STATEMENT IN NAVY APPLICATION

38. On January 5, 2020, SUZUKI completed a "United States Navy Aberrant Behavior Screening Certificate" in connection with his application to join the United States Navy. SUZUKI completed the form in the Navy recruitment office in Southaven, Mississippi.

39. SUZUKI answered NO to the first question: "I have been/am now a member of a racially biased group or an organization that advocated the degradation of cultures of human races other than my own" as seen in the following screenshot:

### Section II - Definitions

Aberrant Behavior. Involvement with groups or organizations advocating violence or illegal activities. Participation in such activities, whether with such groups or individually.

Racially Biased Group. A group or organization, which exhibits a negative disposition and prejudicial attitudes against an entire class of persons based solely on racial differences.

Gang Related Violence. Violent activity or behavior stemming from involvement in an association with an organized group which advocates or engages in criminal activity.

Hate Crimes. Criminal behavior or activities, which illegally discriminate on the basis of race, creed, gender or national origin.

| Section III - Aberrant Behavior | Applicant Initial Yes | Applicant Initial No |
|---|---|---|
| 1. I have been/am now a member of a racially biased group or an organization that advocated the degradation of cultures or human races other than my own. | | ASS |
| 2. I have participated in violent acts committed against a person of a different race. | | ASS |
| 3. I have been cited, charged or arrested for a hate crime. | | ASS |
| 4. I have been or am now a member of a gang. | | ASS |
| 5. I have participated in an initiation to gain acceptance to a group or gang. | | ASS |
| 6. I have committed illegal acts to gain acceptance to a group or gang. | | ASS |
| 7. I certify that I have completed this certificate honestly of my own free will, without concealing any information. | ASS | |

SUZUKI, AUBREY, SAKAI
Tamper Evident Biometric Signature — Digitally signed by Tamper Evident Biometric Signature Date: 2020.10.06 15:18:20 -05'00'
Applicant Signature          20201005   Date

### Section IV - Recruiter Certification

I certify that the above applicant signed this certificate of their own free will after telling me that their answers are complete and true.

| ET1 DEMAREST, NICOLE, ROSE | DEMAREST.NICOLE.ROSE.1501222395 Digitally signed by DEMAREST.NICOLE.ROSE.1501222395 Date: 2020.10.05 15:18:55 -05'00' | 20201005 |
|---|---|---|
| Type/Print Name of Recruiter (Last, First, Middle): | Recruiter Signature | Date |

40.    SUZUKI'S statement on the aberrant behavior form was materially false in that he had been a member of a racially biased group and was actively participating in a racially biased group at that time. Furthermore, SUZUKI made multiple references to joining the military in his online chats with other known white supremacists.

### PURCHASE OF AR-15 ASSAULT RIFLE

41.    On February 9, 2021, your Affiant attempted to interview SUZUKI at his residence in Nesbit, Mississippi. SUZUKI was present at his home address, 1151 Highway 51

16

N, Nesbit, Mississippi, in a mobile home on Lot 300 of Country Haven Mobile Home Park along with his mother. Your Affiant spoke to SUZUKI'S mother and warned her regarding his dangerous online activity. Your Affiant also attempted to speak to SUZUKI who did not agree to an interview and was angry at the presence of federal law enforcement.

42. The FBI continued sporadic physical surveillance of SUZUKI until approximately May 15, 2021.

43. On Tuesday, July 13, 2021, your Affiant was notified by FBI Headquarters that SUZUKI had purchased a long gun at Weasel's Gun and Pawn in Nesbitt, Mississippi.

44. On July 14, 2021, your Affiant visited Weasel's Gun and Pawn and discovered that SUZUKI had purchased a Smith and Wesson AR-15 assault rifle online through Smoky Mountain Guns and Ammo in Sevierville, Tennessee and arranged for the transfer of the firearm to Weasel's Gun and Pawn.[1] Your Affiant was shown the AR-15 purchased by SUZUKI. Weasel's Gun and Pawn is currently holding the firearm for a three-day waiting period that expires on Saturday, July 17, 2021. Since Weasel's Gun and Pawn is closed on Saturday, it is expected that SUZUKI will attempt to pick up the AR-15 on Monday, July 19, 2021.

45. The owner of Weasel's Gun and Pawn informed your Affiant that he met SUZUKI when the firearm arrived at his shop and that SUZUKI is anxious to pick up the AR-15.

46. To the best of your Affiant's knowledge, SUZUKI is not currently prohibited from purchasing or possessing a firearm.

---

[1] This is a practice that is common and legal, purchasing a firearm online from a licensed dealer and having it transferred to a different licensed firearm dealer closer to your area.

47. Prior to the purchase of the AR-15, SUZUKI appeared to spend the majority of his time inside his residence in Nesbit, Mississippi, often not leaving the residence for days on end. However, his successful purchase of the AR-15 indicates that his actions are now beginning to match his threatening words, raising the danger that he will follow through on his threatening online communications.

## CONCLUSION

48. Based on the aforementioned facts and circumstances, your Affiant believes that probable cause exists for the arrest of Aubrey S. SUZUKI for violation of Title 18, United States Code, Sections 115; 875(c); and 1001(a)(3).

Respectfully submitted,

Daniel Blount
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on 7-16-21, 2021

UNITED STATES MAGISTRATE JUDGE

18