AO 442 (Rev. 11/11) Arrest Warrant

*U.S. MARSHALS NORTHERN DISTRICT OF MISSISSIPPI*

*RECEIVED JUL 19 2021 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI*

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

*2021 JUL 16 PM 4:00 RECEIVED*

| United States of America | ) | |
|---|---|---|
| v. | ) | 2142-0716-1022-J |
| AUBREY S. SUZUKI | ) | Case No. 4:21-mj-1014-JMV |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AUBREY S. SUZUKI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 115 - Threatening to kill federal law enforcement officers
18 U.S.C. 875(c) - Transmitting threatening communications in interstate commerce
18 U.S.C. 1001(a)(3) - Making a materially false statement to a federal agency

Date: 7-16-21

City and state: Alexander, MS

Issuing officer's signature

United States Magistrate Judge Jane M. Virden
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/2021, and the person was arrested on *(date)* 7/19/2021
at *(city and state)* Nesbit, MS.

Date: 7/19/2021

Arresting officer's signature

Daniel Blount, Special Agent FBI
*Printed name and title*