IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL CASE NO. 3:21CR 77
　　　　　　　　　　　　　　　　　　18 U.S.C. § 115(a)(1)(B)
　　　　　　　　　　　　　　　　　　18 U.S.C. § 875(c)
　　　　　　　　　　　　　　　　　　18 U.S.C. § 1001(a)(2)

AUBREY SUZUKI

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION AND BACKGROUND

At all times relevant herein:

1. AUBREY SUZUKI, defendant, was an adult resident of Desoto County, Mississippi.

2. "Wire" was an encrypted messaging platform headquartered outside the United States that allowed users to exchange messages over the internet from anywhere with internet access. Messages sent and received through the Wire platform travelled in interstate commerce.

3. Users on "Wire" identified themselves with a screenname or online handle. AUBREY SUZUKI used the screenname "ArchRain" to post messages and participate in online chats on Wire.

4. Atomwaffen Division (AWD) was a white supremacist organization seeking to promote a white supremacist extremist ideology through force and/or violence in violation of federal law. Members of AWD have actively attempted to further their political and social goals

1

to prepare for a perceived eventual race war, wholly or in part, through activities utilizing the use of force and violence as well as the procurement of weapons and organized training in weapons and tactics. Around March 2020, AWD members were working to establish a new group called National Socialist Order (NSO).

5. Beginning at least on or about July 2020 and continuing until on or about January 11, 2021, AUBREY SUZUKI was a member of the NSO and participated in NSO chats using the screenname ArchRain.

6. The Turner Diaries was a 1978 novel depicting a violent revolution in the United States which led to the overthrow of the Federal Government. The Turner Diaries specifically included a section describing an attack on the headquarters of the Federal Bureau of Investigation ("FBI"). The term "Turner Diaries" is often used by anti-government extremists in the United States to reference potential violence against the government.

7. The term "IED" refers to an Improvised Explosive Device. IEDs have been commonly used by terrorist groups, such as Al-Qaeda, in attacks against United States military personnel.

8. From on or about July 2020 through on or about January 2021, AUBREY SUZUKI, using the screenname ArchRain, posted numerous messages on Wire regarding racist ideologies, racial violence, weapons, explosives, and the overthrow of the United States government.

9. On or about July 13, 2021, AUBREY SUZUKI purchased a Smith and Wesson AR-15 assault rifle along with a thirty (30) round magazine.

## COUNT ONE

(Threatening to Kill Federal Law Enforcement Officials)

10. The allegations contained in paragraphs 1 through 9 are re-alleged and incorporated herein.

11. On or about August 2020, AUBREY SUZUKI, defendant, in the Northern District of Mississippi, did knowingly and intentionally threaten to murder federal law enforcement officers with intent to impede, intimidate or interfere with such officials while engaged in the performance of their official duties; that is, SUZUKI posted the following message on Wire using the screenname ArchRain, "So when are we going to pull a Turner Diaries and drive a truck with explosives to the FBI headquarters," as seen in the following screenshot:



All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

(Threatening Communications in Interstate Commerce)

12. The allegations contained in paragraphs 1 through 9 are re-alleged and incorporated herein.

13. On or about August 2020, AUBREY SUZUKI, defendant, in the Northern District of Mississippi, did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat and with the knowledge that the communication would be viewed as a threat; that is, SUZUKI posted the following message on Wire using the screenname ArchRain, "So when are we going to pull a Turner Diaries and drive a truck with explosives to the FBI headquarters," as seen in the following screenshot:



All in violation of Title 18, United States Code, Section 875(c).

4

## COUNT THREE

(Threatening Communications in Interstate Commerce)

14. The allegations contained in paragraphs 1 through 9 are re-alleged and incorporated herein.

15. On or about November 4, 2020, AUBREY SUZUKI, defendant, in the Northern District of Mississippi, did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat and with the knowledge that the communication would be viewed as a threat; that is, SUZUKI posted the following message on Wire using the screenname ArchRain, "Honestly I don't want to be a normal person. I want to breathe revolution. I want to be in the middle of the boondocks with my mates killing niggers spics faggots and blowing up the system," as seen in the following screenshot:



All in violation of Title 18, United States Code, Section 875(c).

5

## COUNT FOUR

(Threatening Communications in Interstate Commerce)

16.     The allegations contained in paragraphs 1 through 9 are re-alleged and incorporated herein.

17.     On or about December 21, 2020, AUBREY SUZUKI, defendant, in the Northern District of Mississippi, did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat and with the knowledge that the communication would be viewed as a threat; that is, SUZUKI posted the following message on Wire using the screenname ArchRain, "I think IEDs will be the most practical method of terror to start out with.  Worked very well for al-Qaeda.  Target majority nigger or jewish buildings, synagogues, federal establishments, etc," as seen in the following screenshots:





All in violation of Title 18, United States Code, Section 875(c).

## **COUNT FIVE**

(False Statement to a Federal Agency)

18.     The allegations contained in paragraphs 1 through 9 are re-alleged and incorporated herein.

19.     In the Fall of 2020, AUBREY SUZUKI attempted to join the United States Navy.

20.     From at least July 2020 until on or about January 11, 2021, AUBREY SUZUKI was actively participating in the NSO, a racially biased group. Furthermore, SUZUKI made multiple references in online chats regarding his desire to join the military in order to further the goals of the NSO.

21.     On or about October 5, 2020, in the Northern District of Mississippi, AUBREY SUZUKI, defendant, did knowingly and intentionally make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States; that is, SUZUKI completed a "United States Navy Aberrant Behavior Screening Certificate" in connection with his application to join the United States Navy. SUZUKI completed the form in the Navy recruitment office in Southaven, Mississippi. SUZUKI made a material false statement by initialing his answer as NO to the first question: "I have been/am now a member of a racially biased group or an organization that advocated the degradation of cultures of human races other than my own," further certifying that he had completed the form honestly without concealing any information, as seen in the following screenshot:

**Section II - Definitions**

Aberrant Behavior. Involvement with groups or organizations advocating violence or illegal activities. Participation in such activities, whether with such groups or individually.

Racially Biased Group. A group or organization, which exhibits a negative disposition and prejudicial attitudes against an entire class of persons based solely on racial differences.

Gang Related Violence. Violent activity or behavior stemming from involvement in an association with an organized group which advocates or engages in criminal activity.

Hate Crimes. Criminal behavior or activities, which illegally discriminate on the basis of race, creed, gender or national origin.

| Section III - Aberrant Behavior | Applicant Initial Yes | Applicant Initial No |
|---|---|---|
| 1. I have been/am now a member of a racially biased group or an organization that advocated the degradation of cultures or human races other than my own. | | ASS |
| 2. I have participated in violent acts committed against a person of a different race. | | ASS |
| 3. I have been cited, charged or arrested for a hate crime. | | ASS |
| 4. I have been or am now a member of a gang. | | ASS |
| 5. I have participated in an initiation to gain acceptance to a group or gang. | | ASS |
| 6. I have committed illegal acts to gain acceptance to a group or gang. | | ASS |
| 7. I certify that I have completed this certificate honestly of my own free will, without concealing any information. | ASS | |

SUZUKI, AUBREY, SAKAI
Tamper Evident Biometric Signature  Digitally signed by Tamper Evident Biometric Signature Date: 2020.10.05 15:18:20 -05'00'
Applicant Signature

20201005
Date

**Section IV - Recruiter Certification**
I certify that the above applicant signed this certificate of their own free will after telling me that their answers are complete and true.

All in violation of Title 18, United States Code, Section 1001(a)(2).

**A TRUE BILL:**

_____
CLAY JOYNER
ACTING UNITED STATES ATTORNEY

/s/ Redacted Signature
**FOREPERSON**

9