| CRIMINAL CASE COVER SHEET | | U.S. DISTRICT COURT |
|---|---|---|
| | | Complete entire form |

**Place of Offense:**

City **Nesbit**

County **DeSoto**

RECEIVED
AUG 25 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Aubrey Suzuki**

Alias Name _____

Address **Nesbit, MS**

DOB **2001** SS# **xxx-xx-9218** Sex **M** Race **W** Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date **7/19/2021**

☑ Already in Federal Custody as of **7/19/2021** (Date) in **Lafayette County Detention Center** (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **5**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18:115A.F** | Threatening to kill federal law enforcement officials | 1 |
| Set 2 **18:875C.F** | Threatening communications in interstate commerce | 2,3,4 |
| Set 3 **18:1001A.F** | False statement to a federal agency | 5 |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:** AUSA **Clay Dabbs**   Bar # **101537**

Date: **8/25/21**   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   **3:21cr77**