**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA

V.                                                                                                  NO: 3:21CR77-M-RP

AUBREY S. SUZUKI                                                              DEFENDANT

## ORDER

This cause came before the Court for a hearing on June 2, 2022, regarding the Defendant's Motion to Dismiss. [44].

Having heard the arguments of the parties, the Court issued a ruling from the Bench. For the reasons stated on the record at the hearing, the Defendant's Motion to Dismiss [44] is **DENIED**.

**SO ORDERED**, this the 2nd day of June, 2022.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**