**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**CRIMINAL MINUTES**

**CASE NUMBER:** 3:21CR77 M　　　　　　　　　　**PLACE HELD:** OXFORD, MISSISSIPPI
**UNITED STATES OF AMERICA v. AUBREY SUZUKI**
**DATE & TIME BEGUN:** DECEMBER 7, 2023, 1:30 PM
**DATE & TIME ENDED:** DECEMBER 7, 2023, 2:00 PM

　　　　　　　　　　　　　　　　　　　　　　　　**TOTAL TIME:** 30 minutes

**PRESENT:**
　　　　　**HONORABLE MICHAEL P. MILLS, U.S. DISTRICT JUDGE**

Sallie Wilkerson　　　　　　　　　　　　　　Rita Davis
**Courtroom Deputy Clerk**　　　　　　　　　**Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**　　　　**ATTORNEY(S) FOR DEFENDANT(S):**
AUSA CLAY DABBS　　　　　　　　　　　GREG PARK

**U.S. PROBATION**
DAVID "JAKE" WILSON

**PROCEEDINGS:**
Revocation of supervised release final hearing held.　Witness testified.　Final judgment to follow.

　　　　　　　　　　　　　　　　　　**DAVID CREWS, CLERK**

　　　　　　　　　　　　　　　　　　By: /s/ Sallie Wilkerson
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk